## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) DAWG BUILT CONSTRUCTION, LLC,

      Plaintiff,

v.

(1) MARKEL INSURANCE COMPANY,

      Defendants.

Case No. 4:25-cv-00564-CDL

Creek County District Court
Case No. CJ-2025-318
Judge Robert Getchell

### NOTICE OF REMOVAL

**TO THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA:**

Defendant, Markel Insurance Company ("MIC") a corporation organized under the laws of Virginia, with its principal place of business in Virginia, and pursuant to Title 28 U.S.C. §§ 1332, 1441 and 1446, hereby files this Notice of Removal, removing the action filed against it by plaintiff Dawg Built Construction, LLC ("Dawg Built"), from the District Court of Creek County, Oklahoma, to the United States District Court for the Northern District of Oklahoma.

### BASIS FOR REMOVAL – DIVERSITY JURISDICTION

1.      MIC removes an action filed against it by plaintiff in which the matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, and is between citizens of different states. [Ex. 1, State Court Petition].  As such, this case is removable pursuant to Title 28 U.S.C. §1332(a) and Title 28 U.S.C. §1441(a).

### REMOVAL IS TIMELY

2.      Dawg Built originally filed its action against MIC on September 5, 2025, in the District Court of Creek County, Oklahoma, asserting breach of contract and insurance bad faith claims

against MIC.  MIC was served via its registered agent on September 19, 2025. The original state court Petition is attached pursuant to Title 28 U.S.C. § 1446(a).  [Ex. 1, State Court Petition].

3.      Accordingly, this Notice of Removal is timely filed pursuant to Title 28 U.S.C. § 1446.

**FACTS ESTABLISHING FEDERAL DIVERSITY JURISDICTION**

**A.      *The Parties Are Diverse***

4.      Plaintiff Dawg Built is a limited liability company organized under the laws of the State of Oklahoma. It is owned by Dusty Todd.  Dusty Todd resides in Creek County, Oklahoma, thus Dawg Built is a citizen of Oklahoma for purposes of Title 28 U.S.C. §1332(a).

5.      MIC is a corporation organized under the laws of Virginia, with its principal place of business in Virginia.

6.      Accordingly, there is complete diversity of citizenship between the parties.

**B.      *The Amount in Controversy Exceeds $75,000.00***

7.      Dawg Built seeks a judgment in excess of $75,000.00. [Ex. 1, State Court Petition]. Accordingly, the amount in controversy exceeds $75,000.00.

**C.      *Removal Is Proper***

8.      Thus, this case is removable pursuant to Title 28 U.S.C. §1332(a) and Title 28 U.S.C. §1441(a).

9.      The District Court for Creek County is located within the geographical boundaries of the Northern District of Oklahoma.

10.     Thus, removal of this case to the U.S. District Court for the Northern District of Oklahoma is proper.

## COMPLIANCE WITH LCVR 81-2 AND TITLE 28 U.S.C. § 1446(D)

11.     Pursuant to LCvR 81-2, a clearly legible copy of all documents filed or served in this action, as well as the docket sheet for the District Court of Creek County, Oklahoma, are attached. [Exs. 2-4].

12.     Pursuant to Title 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the District Court for Creek County, Oklahoma.

## CONCLUSION

WHEREFORE, the defendant, Markel Insurance Company, hereby removes the action of Dawg Built Construction, LLC from the District Court of Creek County, Oklahoma, to the United States District Court for the Northern District of Oklahoma.

Respectfully submitted,

 s/ Nathaniel T. Smith
ROGER N. BUTLER, JR., OBA #13668
NATHANIEL T. SMITH, OBA #31229
**CROWE & DUNLEVY**
222 N. Detroit Ave., Suite 600
Tulsa, OK 74120
(918) 592-9800 (telephone)
(918) 592-9801 (facsimile)
roger.butler@crowedunlevy.com
nathaniel.smith@crowedunlevy.com
**ATTORNEYS FOR DEFENDANT**
**MARKEL INSURANCE COMPANY**

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, I electronically transmitted the above and foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Donald E. Smolen, II
Christopher U. Brecht
SMOLEN | LAW, PLLC
611 S. Detroit Ave.
Tulsa, OK 74120
don@smolen.law
chrisbrecht@smolen.law
*Attorneys for Plaintiff*


s/ Nathaniel T. Smith